<div style="text-align:center">

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

</div>

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand and fourteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| | Docket Number: 14-1133 |
| Appellee, | |
| | |
| v. | |
| | |
| Auria Torres, | |
| | |
| Defendant, | |
| | |
| Jared K. Singh, | |
| | |
| Defendant - Appellant. | |

_____

  A notice of appeal was filed on April 7, 2014. Appellant's Form B was due. The case is deemed in default.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective May 6, 2014 if the Form B is not filed by that date.

<div style="margin-left:50%">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

</div>

