# CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Singh _____ v.

**DOCKET NUMBER:** 14-1133

**COUNSEL'S NAME:** Alan Seidler

**COUNSEL'S ADDRESS:** 580 Broadway, room 709, NY, NY 10012

**COUNSEL'S PHONE:** 212-334-3131

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Pleading, 2-27-2013 (I was not the reporter this date)
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: 4-2-2014, Sentencing
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Alan Seidler (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds [ ] CJA Form 24

_____ Counsel's Signature        4-24-14 Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: April 29, 2014

Estimated completion date: Completed *

Estimated Number of Pages: 4-2-14 sentencing  48

_____ Court Reporter's Signature
Sherry Bryant        4-29-14 Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

Sherry Bryant
225 Cadman Plaza East
Brooklyn, NY 11201

U.S. Court of Appeals
for the Second Circuit
40 Centre Street
New York, NY 10007

NEW YORK NY 100
30 APR 2014 PM 3 L

USM 40LD
SDNY

10007150301